428663

AO 442 (Rev. 10/03) Warrant for Arrest

RECEIVED
FEB 2 3 2006
US MARSHALS
RHODE ISLAND

# UNITED STATES DISTRICT COURT

District of RHODE ISLAND

UNITED STATES OF AMERICA

V.

FRANKLIN LORA

## WARRANT FOR ARREST

Case Number: 1:06M27A

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest FRANKLIN LORA
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

bank fraud

in violation of Title 18 United States Code, Section(s) 1344

LINCOLN D. ALMOND
Name of Issuing Officer

[signature]
Signature of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

2/23/06 Providence RI
Date and Location

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at residence by USSS | | |
| DATE RECEIVED 02/23/2006 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 02/24/2006 | | |