**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 1:06-M-27~~M~~ A |
| | ) | |
| FRANKLIN LORA | ) | |

JOINT MOTION FOR CONTINUANCE
UNDER THE SPEEDY TRIAL ACT

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney for the District of Rhode Island, and Andrew Reich, Assistant U.S. Attorney, and the defendant FRANKLIN LORA, by and through his attorney, Richard Corley, Esq., and moves this Honorable Court, for a continuance in the proceedings for a period of sixty (60) days to permit the parties to continue plea negotiations and to finalize a plea agreement, for the reason that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial, pursuant to Title 18, United States Code, Section 3161(h)(8).

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

ANDREW J. REICH
Assistant U.S. Attorney

RICHARD CORLEY, ESQ
Attorney for the defendant